ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petitions of - | ) |
| | ) |
| Mindseeker, Inc. | ) ASBCA Nos. 63329-PET, 63330-PET |
| | ) |
| Under Contract Nos. W81K04-18-D-0003 | ) |
| W81K04-18-D-0004 | ) |

APPEARANCES FOR THE PETITIONER:    Stephanie D. Wilson, Esq.
                                   Aleksey R. House, Esq.
                                     Berenzweig Leonard, LLP
                                     McLean, VA

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                   MAJ Jason C. Coffey, JA
                                   Dana J. Chase, Esq.
                                     Trial Attorneys

## ORDER PURSUANT TO RULE 1(a)(5)
## DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officers to render decisions on claims submitted April 20, 2022, and April 22, 2022, prior to June 20, and June 21, 2023, respectively. The government has advised that the final decisions on the claims will be issued by September 12, 2022. We deem this date reasonable.

Accordingly, the Board hereby directs the contracting officers to issue a decision on the contractor's claims by September 12, 2022.

This Order completes all necessary action by the Board. If the contracting officer(s) fails to comply with this Order, such failure will be deemed a decision by the contracting officer(s) denying the claim(s), and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5), or 7104, as appropriate.

Dated: August 8, 2022

_____
RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                   I concur


OWEN C. WILSON                             DANIEL S. HERZFELD
Administrative Judge                       Administrative Judge
Vice Chairman                              Armed Services Board
Armed Services Board                       of Contract Appeals
of Contract Appeals


I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA Nos. 63329-PET, 63330-PET, Petitions of Mindseeker, Inc., rendered in conformance with the Board's Charter.

Dated:  August 9, 2022


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals